Yibin Shen, City Attorney, SBN 233545
Douglas W. McManaway, Assistant City Attorney, SBN 317067
City of Alameda, City Hall
2263 Santa Clara Ave., Room 280
Alameda, CA 94501
Phone: (510) 747-4750
Fax: (510) 865-4028
yshen@alamedaca.gov
dmcmanaway@alamedaca.gov

Gregory M. Fox, SBN 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, CA 94109
Phone: (415) 353-0999
Fax: (415) 353-0990
gfox@bfesf.com

Attorneys for Defendant ALAMEDA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| Tong Ouyang,<br><br>          Plaintiff,<br>   v.<br><br>Alameda Police Department, et al.<br><br>          Defendants. | Case No: 4:25-cv-10198-HSG<br><br>**ORDER CONTINUING HEARING FOR MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Having considered the Parties' Joint Stipulation to Continue Hearing for Motion to Dismiss and Case Management Conference, and finding good cause therein,

IT IS HEREBY ORDERED:

The Court continues the hearing on Defendant's Motion to Dismiss (ECF No. 14) from April 2, 2026, 2:00 p.m., to **April 23, 2026, 2:00 p.m.**

The Court continues the Initial Case Management Conference from April 2, 2026, 2:00 p.m., to **April 23, 2026, 2:00 p.m.**

The Parties' Joint Case Management Statement is due by **April 16, 2026.**

**IT IS SO ORDERED.**

DATED:    2/18/2026

United States District Judge

ORDER                                                                          CASE NO. 4:25-CV-10198-HSG
OUYANG V. ALAMEDA POLICE DEPARTMENT, ET AL. **-2-**