Yibin Shen, City Attorney, SBN 233545
Douglas W. McManaway, Assistant City Attorney, SBN 317067
City of Alameda, City Hall
2263 Santa Clara Ave., Room 280
Alameda, CA 94501
Phone: (510) 747-4750
Fax: (510) 865-4028
yshen@alamedaca.gov
dmcmanaway@alamedaca.gov

Gregory M. Fox, SBN 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, CA 94109
Phone: (415) 353-0999
Fax: (415) 353-0990
gfox@bfesf.com

Attorneys for Defendant ALAMEDA POLICE DEPARTMENT

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| Tong Ouyang,<br><br>Plaintiff,<br>v.<br><br>Alameda Police Department, et al.<br><br>Defendants. | Case No: 4:25-cv-10198-HSG<br><br>**JOINT STIPULATION AND ORDER FOR PARTIES' SELECTION OF ADR PROCESS AND DEADLINE** |

Pursuant to the Court's direction at the Case Management Conference on September 8, 2026 (ECF No. 31), Plaintiff Tong Ouyang ("Plaintiff") and Defendant Alameda Police Department ("Defendant") (together, the "Parties") hereby stipulate to the following:

1. The Parties agree to private mediation, pursuant to ADR Local Rule 8-2. The Parties will identify and jointly agree to a mediator and will split costs of said mediator equally between them.

2. The Parties agree that private mediation will be completed by **Monday, December 14, 2026** (90 days from the filing of this stipulation, pursuant to ADR Local Rule 3-7). The Parties agree to report to the Court whether the mediation resulted in a resolution by **Friday, December 18, 2026**.

3. If private mediation is unsuccessful at resolving this matter, the Parties may request the Court refer them to a settlement conference with a magistrate judge, pursuant to ADR Local Rule 7-2. The Parties agree that they would be amenable to a settlement conference with Magistrate Judge Sallie Kim.

**IT IS SO STIPULATED.**

DATED: September 14, 2026

*/s/ Douglas W. McManaway*
YIBIN SHEN, CITY ATTORNEY
CITY OF ALAMEDA

By: Douglas W. McManaway, Assistant City Attorney
Alameda City Attorney's Office

*Attorneys for Defendant*

DATED: September 14, 2026

*/s/ Scott A. Flaxman*
Scott A. Flaxman, SBN 241285
315 Montgomery St., Suite 900
San Francisco, California 94104
Phone: (415) 483-5516
Email: scott@scottflaxmanlaw.com

*Attorney for Plaintiff Tong Ouyang*

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Douglas W. McManaway, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

/s/ Douglas W. McManaway
Douglas W. McManaway

**ORDER ON PARTIES' ADR STIPULATION**

Pursuant to the Parties' Stipulation, and good cause appearing:

The Parties shall complete private mediation by no later than **Monday, December** **2026**. **14,**

The Parties shall report to the Court whether mediation led to a resolution of this case by no later than **Friday, December 18, 2026**.

**IT IS SO ORDERED.**

DATED: 9/14/2026



Haywood S. Gilliam, Jr.
United States District Judge