ALAMEDA CITY ATTORNEY'S OFFICE
LEN ASLANIAN, ACTING CITY ATTORNEY
Douglas W. McManaway, Assistant City Attorney, SBN 317067
City of Alameda, City Hall
2263 Santa Clara Ave., Room 280
Alameda, CA 94501
Phone: (510) 747-4750
Fax: (510) 865-4028
dmcmanaway@alamedaca.gov

Gregory M. Fox, SBN 070876
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, CA 94109
Phone: (415) 353-0999
Fax: (415) 353-0990
gfox@bfesf.com

Attorneys for Defendant ALAMEDA POLICE DEPARTMENT

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

Tong Ouyang,

Plaintiff,

v.

Alameda Police Department, et al.

Defendants.

Case No: 4:25-cv-10198-HSG

**JOINT STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Pursuant to the Court's direction at the Case Management Conference on September 8, 2026 (ECF No. 31), Plaintiff Tong Ouyang ("Plaintiff") and Defendant Alameda Police Department ("Defendant") (together, the "Parties") hereby stipulate to the following:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint shall be filed Monday, September 21, 2026.

2. Plaintiff's Opposition shall be filed Monday, September 28, 2026.

3. Defendant's Reply, if any, shall be filed Monday, October 5, 2026.

**IT IS SO STIPULATED.**

DATED: September 15, 2026

*/s/ Douglas W. McManaway*
LEN ASLANIAN
ACTING CITY ATTORNEY
CITY OF ALAMEDA

By: Douglas W. McManaway, Assistant City Attorney
Alameda City Attorney's Office

*Attorneys for Defendant*

DATED: September 15, 2026

*/s/ Scott A. Flaxman*
Scott A. Flaxman, SBN 241285
315 Montgomery St., Suite 900
San Francisco, California 94104
Phone: (415) 483-5516
Email: scott@scottflaxmanlaw.com

*Attorney for Plaintiff Tong Ouyang*

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Douglas W. McManaway, attest that I have obtained concurrence in the filing of this document from the other signatory listed above.

DATED: September 15, 2026

*<u>/s/ Douglas W. McManaway</u>*
Douglas W. McManaway

**ORDER ON PARTIES' ADR STIPULATION**

Pursuant to the Parties' Stipulation, and good cause appearing:

1. Defendant's Motion to Dismiss Plaintiff's First Amended Complaint shall be filed **Monday, September 21, 2026**.

2. Plaintiff's Opposition shall be filed **Monday, September 28, 2026**.

3. Defendant's Reply, if any, shall be filed **Monday, October 5, 2026**.

**IT IS SO ORDERED.**

DATED: 9/15/2026

Haywood S. Gilliam, Jr.
United States District Judge